**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Charles Swenson and Sandra Swenson, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Canadian Pacific Railway Corporation, | ) | Case No. 4:07-cv-020 |
| | ) | |
| Defendant. | ) | |

Before the court is the Defendant's motion for attorney Molly M. Borg to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Ms. Bord has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fee to the office of the clerk. Accordingly, the Defendant's motions (Docket No. 7) is **GRANTED**. Attorney Molly M. Borg is admitted to practice before this court in the above-entitled action on behalf of the Defendant.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge