**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Charles Swenson and Sandra Swenson, ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Canadian Pacific Railway Company, ) | Case No. 4:07-cv-020 |
| ) | |
| Defendant. ) | |

Before the Court is the parties' "Stipulation for Dismissal With Prejudice" filed on August 16, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation for Dismissal With Prejudice" (Docket No. 14) and **ORDERS** that the case be dismissed with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 17th day of August, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court